Case 1:16-cv-04179-JSR   Document 11   Filed 07/25/16   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI, | **STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(I)(A)(ii))** |
| Plaintiff, | |
| v. | Case No.: 1:16-cv-04179-JSR |
| LIFESCRIPT, INC. | |
| Defendant. | FILED 7/28/16 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Christopher Sadowski, and counsel for the Defendant, Lifescript, Inc. hereby stipulate to dismiss this Action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees.

*Richard Liebowitz*

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated:     July 23, 2016
*Attorney for Plaintiff Christopher Sadowski*

Gene W. Lee
Perkins Coie LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0085
Tel: (212) 262-6900
GLee@perkinscoie.com

Dated:     July 21, 2016
*Attorney for Defendant Lifescript, Inc.*

SO ORDERED:

Hon. Jed S. Rakoff

7-27-16